**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GLITCH PRODUCTIONS PTY LTD, | |
| Plaintiff, | |
| v. | Case No. 26-cv-05543 |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | **Judge Andrea R. Wood** |
| | **Magistrate Judge Heather K. McShain** |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF
PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Glitch Productions Pty Ltd seeks this Court's authorization to effectuate service

of process by e-mail and electronic publication in an action arising out of 15 U.S.C. § 1114; Section

43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the U.S. Copyright Act, 17 U.S.C. § 101, *et*

*seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

1

2

Dated this 19th day of May 2026.                    Respectfully submitted,


                                                      /s/ Martin F. Trainor
                                                      Martin F. Trainor
                                                      Alexander Whang
                                                      TME Law, P.C.
                                                      10 S. Riverside Plaza
                                                      Suite 875
                                                      Chicago, Illinois 60606
                                                      708.475.1127
                                                      martin@tme-law.com
                                                      alexander@tme-law.com

                                                      *Counsel for Plaintiff Glitch Productions Pty Ltd*